UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Advantage Truck Accessories,
Inc., an Indiana Corporation,

    Plaintiff,

vs.                       Civil Action No: 2:11-cv-14702-JAC-RSW

TAP Worldwide, LLC, d/b/a
Smittybilt Automotive Group, Inc.,
A California Corporation,

    Defendant.

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Advantage Truck Accessories, Inc. and Defendant TAP Worldwide, LLC, d/b/a Smittybilt Automotive Group, Inc., hereby stipulate to a dismissal of the present action with prejudice, including all claims alleged in the pleadings, each party to bear its own costs and attorneys fees.

    IT IS SO ORDERED:

Dated: August 27, 2012                       s/Julian Abele Cook, Jr.
                                                          JULILAN ABELE COOK, JR.
                                                          United States District Judge


**So Stipulated:**

| | |
|---|---|
| /s/ George D. Moustakas | /s/ Robert C. Brandenburg |
| HARNESS, DICKEY & PIERCE, P.L.C. | BROOKS KUSHMAN P.C. |
| George D. Moustakas | Robert C. Brandenburg (P28660) |
| 5445 Corporate Drive, Suite 200 | 1000 Town Center, Twenty-Second Floor |
| Troy, MI 48098-2683 | Southfield, Michigan 48075 |
| Tele: (248) 641-1600 Fax: (248) 641-0270 | Tele: (248) 358-4400 Fax: (248) 358-3351 |
| gdmoustakas@hdp.com | rbrandenburg@brookskushman.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated:  August 21, 2012 | Dated:  August 21, 2012 |

17031389.1